IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WHITNEY W.,[1]

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

Case No. 6:17-cv-00972-CL

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R&R"), ECF No. 22, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although the Commissioner of Social Security filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the R&R is correct. Judge Clarke's R&R is adopted in full. Accordingly, and pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is REVERSED and this case REMANDED for immediate payment of benefits

    IT IS SO ORDERED.

    DATED this 26th day of April, 2019.

                        /s/ Michael McShane_____
                        Michael J. McShane
                        United States District Judge

---

[1] In the interest of privacy, this Opinion and Order uses only the first name and the initial of the last name of the non-governmental party in the case.